**STATE OF MISSOURI**    )
                                    )ss

**CITY OF ST. LOUIS**         )


      I, THOMAS KLOEPPINGER, Clerk of the Circuit Court within and for the City of St. Louis, State of Missouri, do hereby certify that the foregoing are true copies of original documents on files and recorded in my office for the following case
**ENTIRE FILE**

---

St. Louis City case number 1622-CC09937

      WITNESS my hand and SEAL of said Court this 29TH   day of AUGUST, 2016.

                                     *Thomas Kloeppinger*
                                     Thomas Kloeppinger
                                     Circuit Clerk


                                     By: _____
                                     Deputy Clerk



SEAL of the CIRCUIT COURT



DEFENDANT'S EXHIBIT

A



**JAMES W. MURPHY**
SHERIFF
CITY OF ST. LOUIS
CIVIL COURTS BUILDING
10 NORTH TUCKER BOULEVARD
ST. LOUIS, MISSOURI 63101
622-4851

## Return of Service on Summons/Petition and Subpoena

Defendant _MICHAEL STELZER_   Doc. ID Number _16·SMCC-14455_

Address _10 N TUCKER DIV 8_   Case Number _1622-CC09937_

Executed:   [✓] Summons / Petition   [ ] Subpoena

I hereby certify that I served the within summons and petition by:

[ ] Subpoena   How Served: _____

[✓] Posting copy of Summons and copy of Petition, to dwelling listed on above address.

[ ] Delivering a copy of the summons and a copy of the petition, to the Defendant / Respondent
How Served: _PERSONAL   M/W/45_

[ ] Leaving a copy of the summons and a copy of the petition, at the dwelling place or usual abode of
the Defendant/Respondent with a family member over the age of 15 years _____
[ ] Non-Est Reason: _____

[ ] For service on a **Corporation/Partnership**: by delivering a copy of the summons and a copy of the
petition to:

   [ ] An Agent and/or Appointed Agent: _____ (name) _____ (title)
   [ ] A Partner: _____ (name) _____ (title)
   [ ] A Managing or General Agent: _____ (name) _____ (title)
   [ ] The person in charge of defendant's business office _____ (name)
   _____ (title)
   [ ] The Registered Agent: _____ (name) _____ (title)

[ ] Non-Est Reason: _____

[ ] For service on **Limited Liability Company (LLC)**: by delivering a copy of the summons and copy of
the petition to:

   [ ] The Registered Agent: _____ (name) _____ (title)
   [ ] An Authorized Person: _____ (name) _____ (title)
   [ ] An Organizer: _____ (name) _____ (title)

[ ] Non-Est Reason: _____

Served at _10 N TUCKER DIV 8_ _____ (address)

in (City of St. Louis), MO, on _8/17/16_ (date) at _10:45A_ _____ (time).

_MICHAEL HUDSON_   _____
Print name of Sheriff or Server        Signature of Sheriff or Server

A copy of the summons and a copy of the petition, copy of subpoena must be served on each
Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC09937 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JOHN WASHINGTON | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FITZGERALD WASHINGTON<br>3115 S. Grand<br>SUITE 300<br>ST LOUIS, MO 63118 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>JENNIFER JOYCE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: MICHAEL STELZER<br>Alias: | |
|---|---|
| THE CIVIL COURT BUILDING<br>DIVISION 8<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | SHERIFF'S FEE PAID |

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ _____ | |
| Non Est | | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00 | |
| Mileage | $ _____ | ( _____ miles @ $. _____ per mile) |
| Total | $ _____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.





# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC09937 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JOHN WASHINGTON | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FITZGERALD WASHINGTON<br>3115 S. Grand<br>SUITE 300<br>ST LOUIS, MO  63118 | Special Process Server 2<br><br>Special Process Server 3 |
| vs. | | |
| Defendant/Respondent:<br>JENNIFER JOYCE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  ANGELA DARDEN
                           Alias:

2909 LAFAYETTE AVE
SAINT LOUIS, MO  63104

**SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**

_____          _____
        Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                    Date                          Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC09937 | Special Process Server 1 |
| --- | --- | --- |
| Plaintiff/Petitioner:<br>JOHN WASHINGTON | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FITZGERALD WASHINGTON<br>3115 S. Grand<br>SUITE 300<br>ST LOUIS, MO 63118 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>JENNIFER JOYCE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: ANGELA DARDEN
Alias:

2909 LAFAYETTE AVE
SAINT LOUIS, MO 63104

| SHERIFF'S FEE PAID |
| --- |

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**

_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | |
| --- | --- |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (____ miles @ $.____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRYAN L HETTENBACH | Case Number:  1622-CC09937 | Special Process Server 1 |
| Plaintiff/Petitioner:<br>JOHN WASHINGTON | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FITZGERALD WASHINGTON<br>3115 S. Grand<br>SUITE 300<br>ST LOUIS, MO  63118 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>JENNIFER JOYCE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  JIM MICHAELS
Alias:

THE CIRCUIT ATTORNEY'S OFFICE
CARNAHAN COURTHOUSE
CHILD SUPPORT UNIT 7
1114 MARKET STREET
SAINT LOUIS, MO 63101

*COURT SEAL OF*



*CITY OF ST LOUIS*

**SHERIFF'S FEE PAID**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**

_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                     Date                              Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC09937 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>JOHN WASHINGTON | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FITZGERALD WASHINGTON<br>3115 S. Grand<br>SUITE 300<br>ST LOUIS, MO 63118 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>JENNIFER JOYCE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: JENNIFER JOYCE
Alias:

THE CIRCUIT ATTORNEY'S OFFICE
CARNAHAN COURTHOUSE
1114 MARKET STREET ROOM 401
SAINT LOUIS, MO 63101

> **SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**

_____ Date

_Thomas Kloeppinger_ Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server    _____ Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

*(Seal)*  Subscribed and sworn to before me on _____ (date).

My commission expires: _____ Date    _____ Notary Public

**Sheriff's Fees**

| Summons | $_____ |
|---|---|
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT COURT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>BRYAN L HETTENBACH | Case Number: 1622-CC09937 | |
|---|---|---|
| Plaintiff/Petitioner:<br>JOHN WASHINGTON | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FITZGERALD WASHINGTON<br>3115 S. Grand<br>SUITE 300 | Special Process Server 1<br><br>Special Process Server 2 |
| vs. | ST LOUIS, MO 63118 | Special Process Server 3 |
| Defendant/Respondent:<br>JENNIFER JOYCE | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Other Tort | SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **MICHAEL STELZER**
Alias:

THE CIVIL COURT BUILDING
DIVISION 8
10 N TUCKER BLVD
SAINT LOUIS, MO 63101

*COURT SEAL OF*

[court seal image]

*CITY OF ST LOUIS*

| | SHERIFF'S FEE PAID |
|---|---|

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 11, 2016**

_____          *Thomas Kloeppinger*
Date                                               Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                               Date                                    Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**1622-CC09937**

# IN THE
## MISSOURI CIRCUIT COURT
## TWENTY-SECOND JUDICIAL CIRCUIT
### (Saint Louis City)

| | |
|---|---|
| John Washington, | ) |
| On his own behalf. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| Michael F. Stelzer, | ) |
| Individually and in his official capacity, | ) |
| | ) |
|     Defendant, | ) |
| | ) |
| Serve: | ) |
| The Civil Court Building | ) |
| Division 8 | ) |
| 10 N Tucker Blvd. | ) |
| Saint Louis, Missouri 63101, | ) |
| | ) |
| and | ) |
| | ) |
| Jennifer Joyce, | ) |
| Individually and in his official capacity, | ) |
| | ) |
|     Defendant, | ) |
| | ) |
| Serve: | ) |
| The Circuit Attorney's Office | ) |
| Carnahan Courthouse | ) |
| Room 401 | ) |
| 1114 Markey Street | ) |
| Saint Louis, Missouri 63101, | ) |
| | ) |
| | ) |
| and | ) |

1

|  |  |
|---|---|
| Jim Michaels, | ) |
| Individually and in his official capacity, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| Serve: | ) |
| The Circuit Attorney's Office | ) |
| Carnahan Courthouse | ) |
| Child Support Unit - 7 | ) |
| 1114 Markey Street | ) |
| Saint Louis, Missouri 63101, | ) |
|  | ) |
| and | ) |
|  | ) |
| Angela Darden, | ) |
| Individually capacity, | ) |
|  | ) |
| Defendan | ) |
|  | ) |
| Serve: | ) |
| 2909 Lafayette Ave. | ) |
| Saint Louis, Missouri 63104, | ) |
|  | ) |
| and | ) |
|  | ) |
| John Doe, | ) |
| Individually and in his official capacity, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| Hold for private service. | ) |

## PETITON

COMES NOW Plaintiff and for his cause of action under Section 1983 against Jennifer Joyce, Jim Michaels, Michael F. Stelzer, Angela Darden, and John Doe, and injunctive relief against Saint Louis Circuit Attorney Jennifer Joyce, and hereby makes the following allegations, which are made upon information and belief based upon the investigation of counsel.

## PARTIES

1.      John Washington was and is a resident of the State of Missouri, residing in the City of Saint Louis.

2.      Defendant Jennifer Joyce is being sued in both her individual and official capacities.

3.      Defendant Jim Michaels is being sued in both his individual and official capacities.

4.      Defendant Judge Michael Stelzer is being sued in both his individual and official capacities.

5.      Defendant John Doe is being sued in both his individual and official capacities.

6.    Defendant Angela Darden was and is a resident of the State of Missouri, residing in the City of Saint Louis.

7.    At all times relevant to this complaint, all Defendants acted under the color of law.

## JURISDICTION AND VENUE

8.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331 § 1343, and 42 U.S.C. §1983.

9.    State courts may exercise jurisdiction over federally created causes of action as long as Congress has not explicitly or implicitly made federal court jurisdiction exclusive.  *Yellow Freight System, Incorporated v. Donnelly*, 494 U.S. 820, 822 (1990).

10.    Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)(1) and E.D. Mo.L.R. 2.07(A)(1),(B)(2) because at least one defendant resides in the City of Saint Louis, Missouri, and the events giving rise to this petition occurred in the City of Saint Louis, Missouri.

### Judge Michael Steltzer is not entitled to Judicial Immunity.

11.    Any attorney initiating any legal proceedings at the request of the Missouri Division of Child Support Enforcement shall represent the state of

4

Missouri and the Department of Social Services, Division of Child Support **exclusively**.  *§ 454.513 Missouri Revised Statute.*  An attorney/client relationship **shall** not exist between the attorney and any applicant or recipient of child support enforcement services for and on behalf of a child or children.  *§ 454.513* Missouri Revised Statute.

12.    Under Missouri Law, any attorney initiating any legal proceedings at the request of the Missouri division of child support enforcement shall represent the state of Missouri, Department of Social Services, Division of Child Support, and not represent any applicant or recipient of child support enforcement services for and on behalf of a child or children.

13.    Defendant Michael Steltzer allowed Defendant Jim Michaels to file a motion on behalf of defendant Angela Darden, an applicant or recipient of child support enforcement services for and on behalf of children.  Defendant Michael Steltzer ruled on the legal filing filed by Defendant Jim Michaels, an attorney that initiated legal proceedings at the request of the Missouri division of child support enforcement.  Such acts were done in the clear absence of all jurisdiction.

## Violation of a Federal Right

14.     The State of Missouri participates in the federal aid programs to families, which provides subsistence welfare benefits to needy families. *Social Security Act, 42 U.S.C. §§601-617.*

15.     To qualify for the federal funds, the State must certify that it will operate a child support enforcement program that conforms with the numerous requirements set forth in *Title IV-D of the Social Security Act, 42 U.S.C.A. §§ 651-669b.*

16.     The State must help families obtain support orders for the benefit of the minor child. *Title IV-D of the Social Security Act, 42 U.S.C.A. §§ 651, 654.*

17.     Under a state plan for child support, the state must provide services relating to the modification of child support obligation. *Section 654(20)(A)(4).*

18.     Expedited administrative and judicial procedures for modification are the types of procedures required in order to satisfy section *654(20)(A)(4)* of *42 U.S. Code § 666* and each State must have in effect laws requiring the use of the foregoing procedures to be consistent with *42 U.S. Code § 666* and with regulations of the Secretary to increase the effectiveness of the program which the State administer under *42 U.S. Code § 666.* *42 U.S. Code § 666(a)(2).*

19.    <u>Review and adjustment of support orders upon request of the **custodian**</u> **<u>parent</u>** <u>for modification are the types of procedures required in order to satisfy</u> <u>section *654(20)(A)(4)* of *42 U.S. Code § 666*</u> and each State must have in effect laws requiring the use of the foregoing procedures to be consistent with *42 U.S. Code § 666* and with regulations of the Secretary to increase the effectiveness of the program which the State administer under *42 U.S. Code § 666*.  *42 U.S. Code § 666(a)(10)*.

20.    Review and adjustment of support orders upon request of the non-custodian parent for modification are the types of procedures required in order to satisfy section *654(20)(A)(4)* of *42 U.S. Code § 666* and each State must have in effect laws requiring the use of the foregoing procedures to be consistent with *42 U.S. Code § 666* and with regulations of the Secretary to increase the effectiveness of the program which the State administer under *42 U.S. Code § 666*.  *42 U.S. Code § 666(a)(10)*.

21.    <u>A state must provide the services to children and custodial parents who</u> <u>are not receiving aid payments.</u>  *Title IV-D of the Social Security Act, 42 U.S.C.A. §§ 651, 654.*

22.    On September 11, 2007, the Honorable Thomas J. Frawley entered an order granting Joint Legal and Physical Custody to John Washington and Angela Darden of minor children, JFW II and WBW.

23.     Under the custody order, the two minor children are to live with each parent equally.  Monday and Tuesday nights, the two minor children are to reside with John Washington and Wednesday and Thursday nights, the two minor children are to reside with Angela Darden, with alternating three day weekends.

24.     John Washington is a custodial parent and may be entitled to support for his minor child, a right granted under *Title IV-D of the Social Security Act, 42 U.S.C.A. §§ 651, 654.*

## FACTUAL ALLEGATIONS

25.     The Plaintiffs brings the above action for a violation of his constitutional Rights as established by the *Title IV-D of the Social Security Act, 42 U.S.C.A. §§ 651, 654.*, the Fifth Amendment of the Constitution of the United States, and the Fourteenth Amendment of the Constitution of the United States.

26.     The Court completed a form 14 and calculated a support order in the amount of $454.00.

27.     The original court ordered John Washington to pay $50.00 a month for summer childcare for both parties.

28.     During the summer months, Defendant Angela Darden failed to place the minor children in childcare during the summer months.

29.   Defendant Angela Darden never incurred the summer expense of $600.00 for childcare expense that was to be used for the benefit of both parties.

30.   At the time of the support order, Defendant Angela Darden's gross income was $13,068.00 a year.

31.   For the last eight years, Defendant Darden's gross income was in an excess of $27,000.00 a year.

32.   Sometime in 2011, the City of Saint Louis Circuit Attorney Office charged Defendant Angela Darden with assault in the third degree.

33.   Plaintiff John Washington entered his appearance as counsel for Defendant Angela Darden.

34.   Plaintiff John Washington filed a lawsuit and represented Defendant Angela Darden in an administrative judicial proceeding relating to her being expelled from a nursing program as a result of the mentioned assault in ¶ 32.

35.   In April, 2012, the City of Saint Louis Circuit Attorney Office dismissed the charges against Defendant Angela Darden.

36.   On July 25, 2012, the Saint Louis Circuit Attorney office filed a Motion for Contempt against Plaintiff John Washington.

37.     On December 06, 2012, plaintiff was served with a summons with a returned court date of January 23, 2013 at 1:30 P.M.

38.     The Circuit Attorney alleged Plaintiff John Washington had never made a support payment.

39.     On January 23, 2013, Marta Tilney entered her appearance as counsel for Missouri Family Support Division.

40.     On January 23, 2013, Plaintiff John Washington filed a motion to modify child support.

41.     On January 23, 2013, Plaintiff John Washington filed a response to the Motion for Contempt that was filed on July 25, 2012.

42.     On January 23, 2013, the cause was continued to March 6, 2013.

43.     On March 6, 2013, Defendant Jim Michaels and Defendant Jennifer Joyce filed a motion to dismiss Plaintiff John Washington motion to modify child support.

44.     On March 11, 2013, the Honorable Paula Bryant, presiding judge in division 14 recused herself sua sponte and continued the cause to April 19, 2013.

45.     On March 18, 2013, the Defendant Steltzer was assigned and the cause was continued to May 6, 2013.

46.    On May 6, 2013, the motion to dismiss Plaintiff John Washington motion to modify child support was called, heard, and taken under submission.

47.    On May 13, 2013, Defendant Jim Michaels filed a memorandum in support of the motion dismiss and Plaintiff filed a memorandum in opposite of the motion the motion to dismiss.

48.    On June 10, 2013, Defendant Michael Steltzer entered an order dismissing Plaintiff John Washington motion to modify child support order.

49.    May, 2016, Plaintiff John Washington filed a motion to set aside Defendant Michael Steltzer June 10, 2013 Order.

50.    May, 2016, Defendant Jim Michael filed a motion requesting the Court not to set aside Defendant Michael Steltzer June 10, 2013 Order.

## COUNT 1
### Violation of a Federal Right

51.    Plaintiff John Washington re-allege and hereby incorporate by reference the allegations contained in paragraphs 1 through 50 as if fully set forth herein.

52.    Plaintiff John Washington, a custodian parent, was deprived of his federal rights in that Defendants Michael Steltzer, Defendant Jennifer Joyce,

11

Defendant Jim Michael, and Defendant Angela Darden conspired by acting together and interfered with his right to receive support for his two minor children who are in his physical custody.

53.     Defendant Jennifer Joyce intentionally created an office policy that denied Plaintiff John Washington direct access to the courts in a pending civil matter and as a result of her conduct, she interfered with Plaintiff's right to file a modification of child support for the benefit of his minor children who reside with him.

54.     Defendant Jim Michaels conspired with Defendant Jennifer Joyce, and consent to carrying out the policy of the Circuit Attorney Office of not giving a male custodian parents direct access to the courts in a pending civil matter and willingly interfered with Plaintiff's right to file a modification of child support for the benefit of his minor children who reside with him.

55.     Defendant Angela Darden conspired with Jim Michaels and consented to having the Circuit Attorney Office file a motion to dismiss his motion to modify the child support order.

56.     Defendant Michael Stelzer conspired with Defendant Jim Michael and agree to violate Plaintiff John Washington federal rights of a modification of child support for the benefit of his minor children who reside with him.

57.    Plaintiff John Washington was deprived of his rights and protections through, and including, but not limited to the following ways:

(i)    Defendant Jim Michael, defendant Jennifer Joyce, defendant Michael Stelzer, defendant Angela Darden were, at said times, acting under the color of federal and state law, statute, custom or usage.

(ii)   As a direct and proximate result of defendant Jim Michael, defendant Jennifer Joyce, defendant Michael Stelzer, and defendant Angela Darden conduct and said activities, Plaintiff John Washington has suffered mental anguish, loss of business, the costs and fees.

(iii)  Plaintiff has and will continue to incur attorney's fee and cost as a direct and proximate result of the conduct of defendant Jim Michael, defendant Jennifer Joyce, defendant Michael Stelzer, defendant Angela Darden, and therefore, all defendants should jointly and severally be made to pay plaintiff's attorney's fees and costs.

WHEREFORE, plaintiff prays that this court find that defendants violated plaintiff's rights under 42 U.S.C. § 1983 and grant judgment against defendants,

holding defendants jointly and severally liable for such judgment, judgment against defendants as the court deems reasonable for attorney's fees and cost which plaintiff has incurred, and will continue to incur pursuing this action, and any other relief that the court deems just and appropriate.

## COUNT II
### ABUSE OF PROCESS AGAINST ALL DEFENDANTS

58.    Plaintiff John Washington re-allege and hereby incorporate by reference the allegations contained in paragraphs 1 through 57 as if fully set forth herein.

59.    Under Missouri Law, any attorney initiating any legal proceedings at the request of the Missouri division of child support enforcement shall represent the state of Missouri, Department of Social Services, Division of Child Support, and not represent any applicant or recipient of child support enforcement services for and on behalf of a child or children.  *§ 454.513* Missouri Revised Statute.

60.    Plaintiff John Washington filed a motion to modify child support order.

61.    Defendant Jennifer Joyce created a policy that interfered with Plaintiff John Washington rights as a custodian parent to file a modification of child support by creating a policy that allow her assistant circuit attorney to file a pleading on behave of defendant Angela Darden.

62.     Defendant Jennifer Joyce conspired with defendant Jim Michael and both interfered with Plaintiff John Washington rights as a custodian parent to file a modification of child support by filing a pleading on behalf of defendant Angela Darden.

63.     Defendant Jim Michael conspired with defendant Michael Stelzer and both interfered with Plaintiff John Washington rights as a custodian parent to file a modification of child support by allowing Saint Louis Circuit Attorney Office to file a pleading on behalf of defendant Angela Darden.

64.     Defendant Jim Michael conspired with defendant Angela Darden and both interfered with Plaintiff John Washington rights as a custodian parent to file a modification of child support when Angela Darden consented to the Saint Louis Circuit Attorney Office filing a pleading on her behalf.

65.     Any attorney initiating any legal proceedings at the request of the Missouri Division of Child Support Enforcement shall represent the state of Missouri and the Department of Social Services, Division of Child Support **exclusively**.  *§ 454.513 Missouri Revised Statute.*  An attorney/client relationship **shall** not exist between the attorney and any applicant or recipient of child support enforcement services for and on behalf of a child or children.  *§ 454.513* Missouri

Revised Statute.  There is no authority entitling Saint Louis Circuit Attorney Office the right to represent or file any filing on behave on Angela Darden.

66.     Defendant Jennifer Joyce, defendant Jim Michaels, defendant Angela Darden, and defendant Michael Stelzer conspired and acting together made use of an illegal, improper, and/or perverted use of process that was not neither warranted nor authorized by the process.

67.     Defendant Jennifer Joyce, defendant Jim Michaels, defendant Angela Darden, and defendant Michael Stelzer had an improper and/or illegal purpose in engaging in the illegal, improper, and/or perverted use of process.

68.     As a result, Plaintiff John Washington was damaged by defendants' abuse of process by, among other things, having less resources that he would otherwise be entitled to have in using for the rearing of his minor children in his custody.

WHEREFORE, Plaintiff John Washington pray that this court finds for an abuse of process against all defendants and grant judgment against all defendants, holding defendants jointly and severally liable for such judgment, judgment against defendants as the court deems reasonable for attorney's fees and cost which plaintiff has incurred, and will continue to incur pursuing this action, and any other relief that the court deems just and appropriate.

## COUNT III
## INJUNCTION RELIEF AGAINST
## CIRCUIT ATTORNEY JENNIFER JOYCE

69.    Plaintiff John Washington re-allege and hereby incorporate by reference the allegations contained in paragraphs 1 through 68 as if fully set forth herein.

70.    As set forth in more detail herein, Missouri Revised Statue § 454.513.2 states, an attorney representing the division in a proceeding in which a child support obligation may be modified shall, whenever possible, notify an applicant or recipient of child support enforcement services of such proceeding if such applicant or recipient is a party to such a proceeding but is not represented by an attorney.

71.    Any attorney initiating any legal proceedings at the request of the Missouri Division of Child Support Enforcement shall represent the state of Missouri and the Department of Social Services, Division of Child Support **exclusively**.  *§ 454.513 Missouri Revised Statute.*  An attorney/client relationship **shall** not exist between the attorney and any applicant or recipient of child support enforcement services for and on behalf of a child or children.  *§ 454.513* Missouri Revised Statute.

17

72.     The Saint Louis Circuit Attorney Office has a policy to file a motion on behalf of an applicant or recipient of child support enforcement services for and on behalf of a child or children.  Such conduct violates Missouri law.

73.     Plaintiff respectfully request that this court use its equitable powers to enjoin the Saint Louis Circuit Attorney Office from continuing to represent parents who are applicant or recipient of child support enforcement services.

WHEREFORE, Plaintiff pray for an order ordering the Saint Louis Circuit Attorney Office not to file any filings on behalf of the parent applicant or recipient of child support enforcement services of a child or children.


Respectfully submitted,

/s/ John Washington
_____
John Washington, 53286
3115 South Grand, Suite 100
Saint Louis, Missouri 63118
(314) 766 4545 (Phone)
(314) 735-4208 (Fax)
attyjfwashington@gmail.com
defender314.com