# United States District Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　314-244-7900
　Clerk of Court

September 16, 2016

John Washington
3115 South Grand
Suite 100
St. Louis, MO 63118

RE:　　　　Washington v. Stelzer et al
Case #　　 4:16cv1466 NAB

Dear Mr. Washington:

Please refer to Local Rule 12 for the Eastern District of Missouri concerning attorneys who reside in the Eastern District of Missouri, are regularly employed in the Eastern District of Missouri, or are regularly engaged in the practice of law in the Eastern District of Missouri. All pertinent information can be obtained from our website at www.moed.uscourts.gov, including the Application For Admission To Practice Law and the E-Filing registration form.

If you would like to appear as an attorney of record in this district, please complete the Application For Admission To Practice Law and return it to this office for processing.

If you have any questions concerning this matter, please contact our office.

Sincerely,
GREGORY J. LINHARES, CLERK OF COURT


By:　/s/_____
　　　Elizabeth Kirkland
　　　Deputy Clerk

Enclosure(s)